# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 16, 2021

## NO. 03-20-00380-CV

**Liat Zilkha-Shohamy and Tal Shohamy, Appellants**

**v.**

**Lenore Vincent Corazza, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the interlocutory order signed by the trial court on July 15, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.